Gary Sutton
218364



STATE OF TENNESSEE
DEPARTMENT OF CORRECTION
RIVERBEND MAXIMUM SECURITY INSTITUTION
7475 COCKRILL BEND BOULEVARD
NASHVILLE, TENNESSEE 37243-0471
TELEPHONE (615) 350-3100 • (615) 350-3400

# Trust Fund Affidavit

I certify that the applicant herein has the sum of $ __70.73__ on account to

his/her credit at Riverbend Maximum Security Institution. I further certify that the

average balance in the applicant's trust fund account during the last six months was

$ __90.43__ . A copy of the applicant's trust fund account for the last six

months or the latest transaction date if older than six months is attached hereto.

_Samantha Brower_
**Signature of Authorized Officer**

Sworn to and subscribed before me this
__30__ day of __June__ , 20 __16__ .

_____
**Notary Public**

My commission expires __8/23/2016__ .



```
LTFE                            TRUST FUND TRANSACTIONS              DATE:  06/20/16
BI42AJ5                               SELECT                         TIME:  01:03

Account:  00218364  SUTTON, GARY W.                        Actual Site:   RMSI
Status:   ACTV  Sex:   M Race:   W Age:    51              Assigned Site:  RMSI
Current Balance:              70.73   Pending Balance:
                    Seq    Transaction              Trans
S   Trans Date      No   Type/Code/Amount           Site   Current Amount  Pend Amount
--- ----------      ----  ---------------------     -----  --------------- -------------
    06/15/2016      1  D  COM            16.65      RMSI            70.73
    06/14/2016      1  C  PAD            44.88      RMSI            87.38
    06/08/2016      1  D  COM             5.97      RMSI            42.50
    06/03/2016      1  C  COC             0.48      RMSI            48.47
    06/02/2016      1  D  COM            35.34      RMSI            47.99
    05/25/2016      1  D  COM            25.84      RMSI            83.33
    05/19/2016      1  D  COM            41.85      RMSI           109.17
    05/12/2016      1  C  PAD            38.76      RMSI           151.02
    05/11/2016      1  D  COM            48.81      RMSI           112.26
    05/05/2016      1  C  VIC           100.00      RMSI           161.07
Search:
NEXT FUNCTION:          DATA:
F1-HELP      F8-PAGEDOWN  F9-QUIT      F11-SUSPEND

TOP OF LIST
```

```
LTFE                           TRUST FUND TRANSACTIONS              DATE:   06/20/16
BI42AJ5                             SELECT                          TIME:   01:03

Account:  00218364  SUTTON, GARY W.                       Actual Site:   RMSI
Status:    ACTV  Sex:    M Race:    W Age:    51           Assigned Site:  RMSI
Current Balance:              70.73    Pending Balance:
                   Seq    Transaction              Trans
 S   Trans Date    No   Type/Code/Amount            Site  Current Amount  Pend Amount
 --- ----------  ----  ----------------------  -----  --------------- -------------
     05/04/2016     1   D   COM         29.91   RMSI            61.07
     05/02/2016     1   D   COM          9.18   RMSI            90.98
     04/21/2016     1   D   COM         17.18   RMSI           100.16
     04/19/2016     1   C   VIC         60.00   RMSI           117.34
     04/14/2016     1   C   PAD         38.76   RMSI            57.34
     04/12/2016     1   D   COM         16.04   RMSI            18.58
     04/05/2016     1   D   COM         21.91   RMSI            34.62
     03/29/2016     1   D   COM         27.85   RMSI            56.53
     03/22/2016     1   D   COM         15.26   RMSI            84.38
     03/15/2016     1   D   COM         19.53   RMSI            99.64
 Search:
 NEXT FUNCTION:         DATA:
 F1-HELP      F4-FIRST      F7-PAGE UP    F8-PAGEDOWN  F9-QUIT       F11-SUSPEND
```

```
LTFE                         TRUST FUND TRANSACTIONS            DATE:  06/20/16
BI42AJ5                              SELECT                     TIME:  01:03

Account:  00218364   SUTTON, GARY W.                   Actual Site:    RMSI
Status:    ACTV  Sex:   M Race:   W Age:    51         Assigned Site:  RMSI
Current Balance:              70.73    Pending Balance:
                     Seq    Transaction              Trans
S    Trans Date      No   Type/Code/Amount           Site  Current Amount  Pend Amount
---  ----------      ----  --------------------      -----  --------------- ------------
     03/14/2016       1   C  PAD          44.88      RMSI        119.17
     03/08/2016       1   D  COM          24.32      RMSI         74.29
     03/04/2016       1   D  COM          10.28      RMSI         98.61
     02/24/2016       2   D  COM          24.15      RMSI        108.89
     02/24/2016       1   C  VIC         100.00      RMSI        133.04
     02/16/2016       1   D  COM           9.94      RMSI         33.04
     02/11/2016       1   C  PAD          32.64      RMSI         42.98
     02/09/2016       1   D  COM          19.27      RMSI         10.34
     02/04/2016       1   D  COM          14.65      RMSI         29.61
     01/27/2016       1   D  COM           9.54      RMSI         44.26
Search:
NEXT FUNCTION:          DATA:
F1-HELP       F4-FIRST      F7-PAGE UP    F8-PAGEDOWN  F9-QUIT      F11-SUSPEND
```

```
LTFE                         TRUST FUND TRANSACTIONS            DATE:  06/20/16
BI42AJ5                              SELECT                     TIME:  01:03

Account:   00218364   SUTTON, GARY W.                     Actual Site:   RMSI
Status:    ACTV   Sex:   M Race:   W Age:   51        Assigned Site:   RMSI
Current Balance:              70.73    Pending Balance:
                    Seq     Transaction              Trans
 S   Trans Date     No   Type/Code/Amount            Site  Current Amount   Pend Amount
---  ----------    ----  --------------------       -----  --------------   -----------
     01/21/2016      1   D   COM          16.76      RMSI         53.80
     01/14/2016      1   C   PAD          32.64      RMSI         70.56
     01/12/2016      1   D   COM          48.79      RMSI         37.92
     01/05/2016      1   D   COM          13.17      RMSI         86.71
     01/04/2016      1   C   VIC          50.00      RMSI         99.88
     12/22/2015      1   D   COM          22.80      RMSI         49.88
     12/15/2015      1   D   COM          15.93      RMSI         72.68
     12/10/2015      1   C   PAD          34.68      RMSI         88.61
     12/07/2015      1   D   COM           3.33      RMSI         53.93
     12/02/2015      1   D   COM          27.70      RMSI         57.26
Search:
NEXT FUNCTION:         DATA:
F1-HELP       F4-FIRST      F7-PAGE UP    F8-PAGEDOWN  F9-QUIT      F11-SUSPEND
```