Gary Sutton
218364



STATE OF TENNESSEE
DEPARTMENT OF CORRECTION
RIVERBEND MAXIMUM SECURITY INSTITUTION
7475 COCKRILL BEND BOULEVARD
NASHVILLE, TENNESSEE 37243-0471
TELEPHONE (615) 350-3100 • (615) 350-3400

# Trust Fund Affidavit

I certify that the applicant herein has the sum of $ 70.73 on account to his/her credit at Riverbend Maximum Security Institution. I further certify that the average balance in the applicant's trust fund account during the last six months was $ 90.43. A copy of the applicant's trust fund account for the last six months or the latest transaction date if older than six months is attached hereto.

Samantha Grower
**Signature of Authorized Officer**

Sworn to and subscribed before me this
20 day of June, 2016.

_____
Notary Public

My commission expires 8/23/2016.



```
LTFE                       TRUST FUND TRANSACTIONS          DATE:  06/20/16
BI42AJ5                            SELECT                   TIME:  01:03

Account:  00218364  SUTTON, GARY W.                    Actual Site:   RMSI
Status:   ACTV  Sex:   M Race:   W Age:    51          Assigned Site: RMSI
Current Balance:            70.73   Pending Balance:
                  Seq    Transaction            Trans
S   Trans Date    No   Type/Code/Amount         Site  Current Amount  Pend Amount
--- ----------    ----  ---------------------   -----  ---------------  -------------
    06/15/2016     1   D   COM         16.65   RMSI         70.73
    06/14/2016     1   C   PAD         44.88   RMSI         87.38
    06/08/2016     1   D   COM          5.97   RMSI         42.50
    06/03/2016     1   C   COC          0.48   RMSI         48.47
    06/02/2016     1   D   COM         35.34   RMSI         47.99
    05/25/2016     1   D   COM         25.84   RMSI         83.33
    05/19/2016     1   D   COM         41.85   RMSI        109.17
    05/12/2016     1   C   PAD         38.76   RMSI        151.02
    05/11/2016     1   D   COM         48.81   RMSI        112.26
    05/05/2016     1   C   VIC        100.00   RMSI        161.07
Search:
NEXT FUNCTION:            DATA:
F1-HELP       F8-PAGEDOWN  F9-QUIT     F11-SUSPEND

TOP OF LIST
```

```
LTFE                          TRUST FUND TRANSACTIONS           DATE:  06/20/16
BI42AJ5                             SELECT                      TIME:  01:03

Account:  00218364   SUTTON, GARY W.                    Actual Site:    RMSI
Status:   ACTV  Sex:     M Race:    W Age:     51       Assigned Site:  RMSI
Current Balance:            70.73   Pending Balance:
                 Seq    Transaction          Trans
 S  Trans Date   No   Type/Code/Amount       Site   Current Amount  Pend Amount
--- ----------  ----  ----------------------  -----  --------------  -----------
    05/04/2016    1   D   COM      29.91     RMSI         61.07
    05/02/2016    1   D   COM       9.18     RMSI         90.98
    04/21/2016    1   D   COM      17.18     RMSI        100.16
    04/19/2016    1   C   VIC      60.00     RMSI        117.34
    04/14/2016    1   C   PAD      38.76     RMSI         57.34
    04/12/2016    1   D   COM      16.04     RMSI         18.58
    04/05/2016    1   D   COM      21.91     RMSI         34.62
    03/29/2016    1   D   COM      27.85     RMSI         56.53
    03/22/2016    1   D   COM      15.26     RMSI         84.38
    03/15/2016    1   D   COM      19.53     RMSI         99.64
Search:
NEXT FUNCTION:         DATA:
F1-HELP      F4-FIRST     F7-PAGE UP   F8-PAGEDOWN  F9-QUIT     F11-SUSPEND
```

```
LTFE                            TRUST FUND TRANSACTIONS         DATE:  06/20/16
BI42AJ5                               SELECT                    TIME:  01:03

Account:  00218364  SUTTON, GARY W.                     Actual Site:   RMSI
Status:   ACTV  Sex:    M Race:    W Age:    51         Assigned Site: RMSI
Current Balance:           70.73   Pending Balance:
                 Seq    Transaction              Trans
 S  Trans Date   No    Type/Code/Amount          Site   Current Amount  Pend Amount
--- ----------  ----  ---------------------      -----  --------------  -----------
    03/14/2016   1  C   PAD           44.88      RMSI        119.17
    03/08/2016   1  D   COM           24.32      RMSI         74.29
    03/04/2016   1  D   COM           10.28      RMSI         98.61
    02/24/2016   2  D   COM           24.15      RMSI        108.89
    02/24/2016   1  C   VIC          100.00      RMSI        133.04
    02/16/2016   1  D   COM            9.94      RMSI         33.04
    02/11/2016   1  C   PAD           32.64      RMSI         42.98
    02/09/2016   1  D   COM           19.27      RMSI         10.34
    02/04/2016   1  D   COM           14.65      RMSI         29.61
    01/27/2016   1  D   COM            9.54      RMSI         44.26
Search:
NEXT FUNCTION:          DATA:
F1-HELP       F4-FIRST      F7-PAGE UP   F8-PAGEDOWN  F9-QUIT     F11-SUSPEND
```

```
LTFE                         TRUST FUND TRANSACTIONS            DATE:  06/20/16
BI42AJ5                             SELECT                      TIME:  01:03

Account:  00218364  SUTTON, GARY W.                       Actual Site:   RMSI
Status:   ACTV  Sex:   M Race:    W Age:    51          Assigned Site:   RMSI
Current Balance:              70.73   Pending Balance:
                  Seq    Transaction          Trans
 S   Trans Date   No   Type/Code/Amount       Site   Current Amount  Pend Amount
---  ----------  ----  ----------------------  ----- --------------- ------------
     01/21/2016    1   D  COM         16.76   RMSI         53.80
     01/14/2016    1   C  PAD         32.64   RMSI         70.56
     01/12/2016    1   D  COM         48.79   RMSI         37.92
     01/05/2016    1   D  COM         13.17   RMSI         86.71
     01/04/2016    1   C  VIC         50.00   RMSI         99.88
     12/22/2015    1   D  COM         22.80   RMSI         49.88
     12/15/2015    1   D  COM         15.93   RMSI         72.68
     12/10/2015    1   C  PAD         34.68   RMSI         88.61
     12/07/2015    1   D  COM          3.33   RMSI         53.93
     12/02/2015    1   D  COM         27.70   RMSI         57.26
  Search:
  NEXT FUNCTION:          DATA:
  F1-HELP      F4-FIRST      F7-PAGE UP    F8-PAGEDOWN  F9-QUIT      F11-SUSPEND
```

Case 3:16-cv-00375-TAV-CCS   Document 4-1   Filed 06/23/16   Page 5 of 5   PageID #: 39