UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| GARY WAYNE SUTTON, | ) |
| Petitioner, | ) |
| v. | ) No.: 3:16-CV-375 |
| | ) Related Case Nos.: 3:06-CV-388-TAV |
| BRUCE WESTBROOKS, Warden, | ) 3:07-CV-30-TAV |
| | ) *DEATH PENALTY* |
| Respondent. | ) |

## ORDER

The United States Court of Appeals for the Sixth Circuit has denied this death-row state prisoner's application for permission to file a second or successive petition for a writ of habeas corpus under 28 U.S.C. § 2254 [Doc. 63 in Case No. 3:07-CV-30). Therefore, this second petition for a writ of habeas corpus under 28 U.S.C. § 2254 is **DISMISSED** [Doc. 1 in Case No. 3:16-CV-375), and all pending motions are **DENIED** as moot [Docs. 3-4].

**IT IS SO ORDERED**.

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE