UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| GARY WAYNE SUTTON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 3:16-cv-375 |
| | ) | Related Case No.: 3:06-cv-388 |
| BRUCE WESTBROOKS, Warden, | ) | DEATH PENALTY CASE |
| | ) | |
| Respondent. | ) | |

## MOTION TO RECONSIDER

COMES NOW the Petitioner, Gary Wayne Sutton, by and through his undersigned counsel of record, and moves this Court to reconsider its August 26, 2016 Order (R.5) dismissing Petitioner's Application for Permission to File a Second or Successive Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2254. The Court's Order references the Sixth Circuit's denial of an Application for Certificate of Appealability that was filed in Sutton's non-capital habeas case (Sixth Circuit case number 15-5329; originating district court case number 3:07-cv-30).

Undersigned counsel is unaware of any Sixth Circuit order denying Petitioner's application to file a successive habeas petition and upon checking the appellate court's website is unable to locate such an order in his capital case (Sixth Circuit case number 16-5852; originating district court case number 3:06-cv-388).

Respectfully submitted,

FEDERAL DEFENDER SERVICES
OF EASTERN TENNESSEE, INC.

BY: s/Susanne Bales
Susanne Bales
Asst. Federal Community Defender
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
(865) 637-7979

**CERTIFICATE OF SERVICE**

I hereby certify that on August 26, 2016, the foregoing *Motion to Reconsider* was filed electronically. Notice was electronically mailed by the Court's electronic filing system to all parties indicated on the electronic filing receipt. Notice was delivered by other means to all other parties via regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

s/Susanne Bales
Susanne Bales

{2}