UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| GARY WAYNE SUTTON, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>BRUCE WESTBROOKS, Warden, )<br>)<br>Respondent. ) | No.: 3:16-CV-375<br>Related Case No.: 3:06-CV-388-TAV<br>*DEATH PENALTY* |

## ORDER

This matter is before the Court on Petitioner's motion to reconsider the order entered on August 26, 2016, dismissing this second petition for a writ of habeas corpus under 28 U.S.C. § 2254 [Doc. 6]. For good cause, the motion is **GRANTED** and this action is reinstated to the Court's active docket.

**IT IS SO ORDERED**.

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE