# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE DIVISION

| | |
|---|---|
| GARY WAYNE SUTTON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 3:16-cv-00375 |
| ) | **Death Penalty** |
| BRUCE WESTBROOKS, Warden, ) | |
| ) | |
| Respondent. ) | |

## NOTICE OF APPEARANCE

The undersigned counsel hereby gives notice of her appearance as counsel on behalf of the defendant, BRUCE WESTBROOKS, Warden, and requests that court notices and service of all pleadings, motions and other papers be directed to the undersigned.

Respectfully submitted,

HERBERT H. SLATTERY III
Attorney General & Reporter

/s/ Katharine K. Decker
KATHARINE K. DECKER
Assistant Attorney General
P.O. Box 20207
Nashville, Tennessee 37202-0207
Phone: (615) 532-1119
Fax: (615) 532-4892
Email: Kathy.decker@ag.tn.gov
Tenn. B.P.R. No. 33972

**CERTIFICATE OF SERVICE**

        I hereby certify that a true and exact copy of the foregoing has been filed with the Court's electronic filing system on September 30, 2016, which will forward a copy to petitioner's counsel: Susanne Bales, Federal Defender Services, 800 S. Gay St, Ste 2400, Knoxville, TN 37929.

        /s/ Katharine K. Decker
KATHARINE K. DECKER
Assistant Attorney General