IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| GARY WAYNE SUTTON, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 3:16-cv-00375 |
| | ) **Death Penalty** |
| BRUCE WESTBROOKS, Warden, | ) |
| | ) |
| Respondent. | ) |

## MOTION TO DISMISS HABEAS CORPUS PETITION

On June 23, 2016, the petitioner filed a second or successive petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, as well as a motion to stay and hold the case in abeyance pending authorization by the Sixth Circuit Court of Appeals for the filing of a second or successive habeas corpus petition under 28 U.S.C. § 2244(b)(3). (D.E. 1 & 3.) By order filed October 5, 2016, the Sixth Circuit denied authorization for the filing of a second or successive petition. (*See* attached Order). Because this Court is without authorization to consider it, the petition should be dismissed, and the pending motions should be denied as moot.

Respectfully submitted,

HERBERT H. SLATTERY III
Attorney General & Reporter

/s/ Katharine K. Decker
KATHARINE K. DECKER
Assistant Attorney General
P.O. Box 20207
Nashville, Tennessee 37202-0207
Phone: (615) 532-1119
Fax: (615) 532-4892
Email: Kathy.decker@ag.tn.gov
Tenn. B.P.R. No. 33972

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing Motion has been filed with the Court's electronic filing system on October 11, 2016, which will forward a copy to petitioner's counsel: Susanne Bales, Federal Defender Services, 800 S. Gay St, Ste 2400, Knoxville, TN 37929, at Susanne_Bales @fd.org.

/s/ Katharine K. Decker
KATHARINE K. DECKER
Assistant Attorney General