UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| GARY WAYNE SUTTON, | ) | |
|---|---|---|
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Nos..: 3:16-CV-375-TAV-CCS |
| | ) | Related Case Nos.: 3:06-CV-388-TAV-CCS |
| BRUCE WESTBROOKS, Warden, | ) | 3:07-CV-30-TAV-CCS |
| | ) | |
| Respondent. | ) | *DEATH PENALTY* |

## ORDER

The United States Court of Appeals for the Sixth Circuit has denied this death-row state prisoner's application for permission to file a second or successive petition for a writ of habeas corpus under 28 U.S.C. § 2254 [Doc. 165 in No. 3:06-CV-388]. Respondent has filed a motion to dismiss this second petition based on the Sixth Circuit's denial of authorization to file the petition [Doc. 9 in No. 3:16-CV-375]. Therefore, because the Court is not authorized to consider this second § 2254 petition, Respondent's motion to dismiss is **GRANTED** [*Id.*], and this petition is **DISMISSED** [Doc. 1].

**IT IS SO ORDERED**.

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE